# **EXHIBIT 1**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| W.6 Restaurant Group Ltd., d/b/a The Barley House of Cleveland, et al. ) ) ) Plaintiffs ) ) v. ) ) Richard Bengtson, et al. ) ) Defendants ) ) ) | CASE NO.: 1:17-cv-02521 JUDGE DAN AARON POLSTER **DECLARATION OF ALISSA VIOLET BUTLER IN SUPPORT OF MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER & IN OPPOSITION TO THE PLAINTIFFS' MOTION TO REMAND TO STATE COURT** |

ALISSA VIOLET BUTLER, does hereby depose and say:

1. I am a named defendant in the above captioned action and have come to learn one of the subjects of a Temporary Restraining Order ("TRO") issued by the Cuyahoga County, Ohio Court of Common Pleas. I respectfully submit this Declaration in further support of the motion by Defendants to dissolve the temporary restraining order ("TRO") issued by the State Court prior to the removal of this action (Dkt. No. 3).

2. I make my living by posting videos regularly on various social media sites. In order to maintain a fan base, I must post videos regularly to maintain my fan base and must respond to postings about me in real time in order to maintain that fan base.

3. I never received notice that Plaintiffs had filed a lawsuit or that they were seeking a TRO until after the TRO was issued. I am concerned, given the Plaintiffs' postings on social media after the TRO was issued, that the statements made about me will cause my fans to disengage from my sites because I cannot respond to the Plaintiffs' statements.

1

*AB*

4. I am a resident of the State of California and have resided in Southern California since June 3, 2015.

5. My driver's license was issued by the State of California on June 13, 2016. A true and correct copy of the front of my driver's license (with certain sensitive information redacted) is attached hereto as Exhibit 1.

6. I no longer own a car, let alone a car registered in Ohio.

7. My bank account and money are in California. A true and correct copy of a Chase checking summary (with certain sensitive information redacted) is attached hereto as Exhibit 2.

8. While I grew up in Ohio, and my family still lives there, I do not maintain a residence in the State of Ohio.

9. I only visit Ohio three to four times a year to see family.

10. California is my permanent residence and home and I have no intention of residing in Ohio in the foreseeable future.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Respectfully submitted,

*Alissa Butler*
Alissa Violet Butler

AB

Exhibit1



Exhibit1

Exhibit2

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

October 26, 2017 through November 24, 2017
Account Number:

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00268030 DRE 703 219 32917 NNNNNNNNNNN  1 000000000 17 0000
ALISSA VIOLET BUTLER
1600 VINE ST APT 850
LOS ANGELES CA 90028-8837

## CHECKING SUMMARY   Chase Total Checking



| | AMOUNT |
|---|---|
| Beginning Balance | |
| Deposits and Additions | |
| Electronic Withdrawals | |
| Ending Balance | |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | |
| 10/30 | 10/29 Online Transfer To Chk ...2318 Transaction#: 6625822186 | | |
| 11/02 | 11/01 Online Transfer To Chk ...2318 Transaction#: 6636799271 | | |
| 11/08 | 11/08 Online Transfer To Chk ...2318 Transaction#: 6654975016 | | |
| 11/09 | Millennial Enter ME W196*2     PPD ID: 6127375704 | | |
| 11/09 | Millennial Enter ME W197*2     PPD ID: 6127375704 | | |
| 11/15 | 11/15 Online Transfer To Chk ...2318 Transaction#: 6671737325 | | |
| 11/20 | 11/18 Online Transfer To Chk ...2318 Transaction#: 6680575214 | | |
| 11/21 | 11/20 Online Transfer To Chk ...2318 Transaction#: 6684553033 | | |
| | Ending Balance | | |

A monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more.**
  (Your total direct deposits this period were $23,375.00. Note: some deposits may be listed on your previous statement )

- **OR, keep a minimum daily balance in this checking account of $1,500.00 or more**
  (Your minimum daily balance was $58,188.53)

- **OR, keep an average daily balance of qualifying linked deposits and investments of $5,000.00 or more**
  (Your average daily balance of qualifying linked deposits and investments was $70,842.69)

AB

Page 1 of 2

Exhibit2