# **<u>EXHIBIT A</u>**

•ı|| AT&T LTE   5:58 PM   √ 63%

‹   **Tweet**   +🖋



**BARLEY HOUSE** @BarleyH... ·4h ⌄
Let us say THANK YOU to all of
our loyal customers for a
wonderful year! Join us tomorrow
night starting at 8 pm for our
Customer Appreciation Party!
Free appetizer buffet, $1
Christmas Ales, karaoke,
giveaways and more! Best ugly
Christmas sweater wins $100
cash!

💬 34        ⇄ 7        ♡ 19        ✉



**Jeremy Ross**                    ⌄
@jebus119

Replying to @BarleyHouseCLE

bringing a bomb with me...

12/19/17, 5:35 PM

**1** Like

Tweet your reply

                        

## Following      **You**

NEW

 **queens_ariariel** commented: JUST SHUT DOWN ALREADY 1m 

 **kandiijewel** commented: Barleyhouse is shit😂 1m 

 **jmazz214** commented: "Friendliest staff in town" 2m 

 **spiffy.kevinn** commented: Y'all some trick ass niggas 💀 2m 

 **queens_ariariel** commented: #barleyhouseisoverparty 2m 

 **kayla_kosik** liked your post. 2m 

 **manny_wafflez** commented: Fuck u guys no one is going to your shitty bar 4m 

 **s.m.w.m_pt10** commented: FUCK YOU GUYS😂 7m 

    

Verizon LTE 9:01 PM 26%

**Following**          **You**

 **dqueef_memez** commented: Just wait for it barely just wait 5m 

 **dqueef_memez** commented: I will do something next week 5m 

 **dqueef_memez** commented: U guys will get what's coming to you 6m 

 **dqueef_memez** commented: U guys will feel pain and anger and regret 6m 

 **dqueef_memez** commented: Just wait for it barley just wait ...I will try to kill one of you guys 6m 

 **dqueef_memez** commented: U guys have no idea what I'm going to do 6m 

 **dqueef_memez** commented: I live near u guys 6m 

 **dqueef_memez** commented: U guys are dead 7m 

 dqueef_memez commented: I will 

    

# I was not allowed to upload this video... -- YouTube



**Nathaniel Carnell** 26 minutes ago

Fuck barely

Reply · 9

**View all 4 replies**



**Jack Edwards** 26 minutes ago

Can someone PLEASE burn down Barley for me?

Reply · 13

**Hide replies**



**Mysterious Delirious** 25 minutes ago

Jack Edwards i was just thinking about it 😀😀😀

Reply ·



**FifaGuyGaming** 25 minutes ago

Jack Edwards give me gas a liter and a plane ticket

Reply · 1



**Lil Pump** 25 minutes ago

Jack Edwards just call isis

I'm not racist

Reply · 2



**Jack Edwards** 24 minutes ago

Sure thing! Looks like some plans are getting made

Reply · 1