UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| W.6 Restaurant Group Ltd., d/b/a The Barley House of Cleveland, et al. | ) ) ) | CASE NO.: 1:17-cv-02521 |
| Plaintiffs | ) ) | JUDGE DAN AARON POLSTER |
| v. | ) ) ) | **JOINT SUBMISSION PURSUANT TO MINUTES OF PROCEEDINGS DATED JANUARY 16, 2018** |
| Richard Bengtson, et al. | ) ) | |
| Defendants | ) ) | |

Plaintiffs, W.6 Restaurant Group Ltd., d/b/a The Barley House of Cleveland, and Richie Madison (collectively, "Plaintiffs"), by and through their undersigned counsel, and Defendants Richard Bengtson and Alissa Violet Butler (collectively, "Defendants"), by and through their undersigned counsel, for their Joint Submission pursuant to the Minutes of Proceedings dated January 16, 2018, propose that this case be placed on the Court's standard track pursuant to Loc. R. 16.2. The undersigned counsel jointly consents to a referral to the Magistrate for purposes of conducting mediation pursuant to the alternative dispute resolution guidelines under to Loc. R. 16.4. Referral to mediation should occur after the exchange of written discovery and before the costs and expenses of depositions. Finally, the undersigned counsel for Defendants consent to accepting service of process on behalf of both of the Defendants of the Verified Complaint as of January 16, 2018. The undersigned counsel for Plaintiffs consent to leave to plead or otherwise respond by the Defendants to the Verified Complaint on or before February 16, 2018.

Respectfully submitted,

| | |
|---|---|
| [S]*David M. Cuppage* | [S]*Christopher B. Congeni* |
| Robert T. Glickman (0059579) | Jeffrey C. Miller (#006882) |
| David M. Cuppage (0047104) | Christopher B. Congeni (#0078160) |
| Nicholas R. Oleski (0095808) | Adam D. Fuller (#0076431) |
| MCCARTHY, LEBIT, CRYSTAL | Chad R. Rothschild (#0088122) |
| & LIFFMAN CO., LPA | Brennan, Manna and Diamond LLC |
| 101 West Prospect Avenue | 75 East Market St. |
| 1800 Midland Building | Akron, Ohio 44308 |
| Cleveland, Ohio 44115 | (P) 330-253-2038 |
| (216) 696-1422 – Telephone | (F) 330-253-2043 |
| (216) 696-1210 – Facsimile | jcmiller@bmdllc.com |
| rtg@mccarthylebit.com | cbcongeni@bmdllc.com |
| dmc@mccarthylebit.com | adfuller@bmdllc.com |
| *Attorneys for Defendants* | crothschild@bmdllc.com |

/s/*Scott J. Sholder*
Scott J. Sholder (*pro hac vice*)
COWAN, DEBAETS, ABRAHAMS &
 SHEPPARD, LLP
41 Madison Avenue, 38th Floor
New York, New York 10010
(212) 974-7474 – Telephone
(212) 974-8474 – Facsimile
ssholder@cdas.com

## **CERTIFICATE OF SERVICE**

The foregoing was electronically filed this 16th day of January 2018. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ David M. Cuppage*
David M. Cuppage
*One of the Attorneys for Defendants*
