IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| W.6 Restaurant Group Ltd., d/b/a The Barley House of Cleveland, et al. ) | CASE NO. 1:17-cv-02521 |
| ) | |
| ) | JUDGE DAN A. POLSTER |
| Plaintiffs, ) | |
| ) | **NOTICE** |
| -vs- ) | |
| ) | |
| Richard Bengtson, et al. ) | |
| ) | |
| Defendants. ) | |

Now come Plaintiffs, W.6 Restaurant Group Ltd., d/b/a The Barley House of Cleveland ("Barley House") and Richie Madison ("Madison"), by and through undersigned counsel, and respectfully submit this notice in response to the Order dated, August 13, 2018. Robert George is prepared to attend the mediation session as the representative for Plaintiffs and has full settlement authority.

Undersigned counsel has spoken with various social media experts regarding Plaintiffs' claims. Expert reports will be provided at the appropriate time. As of today, damages continue to mount, resulting in damages in excess of 3 million dollars. Plaintiffs' current settlement demand stands at $950,000.00. Plaintiffs' settlement demand will significantly increase should the mediation session be unsuccessful.

Respectfully submitted,

*/s/ Christopher B. Congeni*
Christopher B. Congeni (#0078160)
Adam D. Fuller (#0076431)
Chad R. Rothschild (#0088122)
**BRENNAN, MANNA & DIAMOND, LLC**
75 East Market St.
Akron, Ohio 44308

        Telephone:    330.253.5060
        Facsimile:    330.253.1977
        Email:        cbcongeni@bmdllc.com
                       adfuller@bmdllc.com
                       crothschild@bmdllc.com

/s/ *Jeffrey C. Miller*
Jeffrey C. Miller (#0068882)
**BRENNAN, MANNA & DIAMOND, LLC**
200 Public Square, Suite 3270
Cleveland, Ohio 44114
Telephone:    216.658.2155
Facsimile:    216.658.2156
Email:        jcmiller@bmdllc.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August 2018, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ *Christopher B. Congeni*
*Counsel for Plaintiffs*