UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## MINUTES OF PROCEEDINGS

WILLIAM H. BAUGHMAN, JR.
United States Magistrate Judge

Date:   August 16, 2018

Case No.:   1:17 CV 2521 (DAP)

Court Reporter: Shirle Perkins

W. 6 RESTAURANT GROUP LTD., *et al.*

    v.

RICHARD BENGSTON, *et al.*

| | | |
|---|---|---|
| APPEARANCES: | For Plaintiffs & Counter-Defendants: | Christopher B. Congeni |
| | For Defendants & Counter Claimants: | David M. Cuppage |

PROCEEDINGS: Hearing conducted. Mediation to go forward as scheduled on August 20, 2018 and August 21, 2018.

                                                                                    s/ Steven Kurdziel
                                                                                          Deputy Clerk

Time: 1 hour