UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## MINUTES OF PROCEEDINGS

WILLIAM H. BAUGHMAN, JR.
United States Magistrate Judge

Date:   September 24, 2018

Case No.:   1:17 CV 2521 (DAP)

Court Reporter:   None

W. 6 RESTAURANT GROUP LTD., *et al.*

    v.

RICHARD BENGSTON, *et al.*

APPEARANCES:   For Plaintiff & Counter-Defendant:   Christopher B. Congeni

                      For Defendant & Counter Claimant:   David M. Cuppage

PROCEEDINGS: Telephone conference conducted. The referral for mediation is terminated.

                                            s/ Donna M. Hach
                                            Courtroom Deputy Clerk

Time: 15 minutes