**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| W. 6 RESTAURANT GROUP, LTD., et al., ) | CASE NO.   1:17-cv-02521 |
| ) | |
| Plaintiff, ) | JUDGE DAN AARON POLSTER |
| ) | |
| vs. ) | **<u>ORDER</u>** |
| ) | |
| RICHARD BENGTSON, et al., ) | |
| ) | |
| Defendant. ) | |

The Court has been advised by Magistrate Judge William H. Baughman that the above-captioned case has been settled.   Accordingly, this case is dismissed with prejudice.

The Court retains jurisdiction to ensure the settlement agreement is executed and until December 21, 2018, to enforce the settlement agreement.

**IT IS SO ORDERED.**

*/s/ Dan Aaron Polster Sept. 25, 2018*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**