UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MINUTE ORDER**

WILLIAM H. BAUGHMAN, JR.
United States Magistrate Judge

Date:   January 8, 2019

Case No.:   1:17 CV 2521

W. 6 RESTAURANT GROUP, LTD. *et al.*

　　　v.

RICHARD BENGTSON *et al.*

APPEARANCES:　　For Plaintiff:　　Christopher Congeni

　　　　　　　　　For Defendant:　　David Cuppage

PROCEEDINGS: Telephonic status conference conducted. The court will retain jurisdiction to enforce the settlement agreement between the signatories until September 30, 2019. The plaintiff's motion to enforce the settlement agreement (ECF #71) is denied without prejudice.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　s/ William H. Baughman Jr.
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Time: 25 minutes